"D"



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PSent

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>         Plaintiff, )<br>    )<br>vs. Andres )<br>    )<br>Sanchez-Mendoza )<br>    )<br>         Defendant. )<br>_____) | Case No.: SA07 - 0060 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___D. Arizona___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on ___background, community ties unknown;___

1 _bail resources unknown; illegal immigration status;_
2 _apparent use of multiple personal identifiers;_
3 _prior conviction for prison escape_
4 and/or

5 B.  (X)  The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _extensive criminal history record, which_
10 _includes a prior conviction for a narcotics_
11 _offense and a prior probation violation_

14   IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated:  _2/28/07_

ROBERT N. BLOCK
UNITES STATES MAGISTRATE JUDGE

2